# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MARIE BLANKENSHIP, | Case No. ED CV 13-423 MRW |
| Plaintiff, | JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: January 3, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE